IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN VEGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | 8:25CV255<br><br>**ORDER ON VOLUNTARY DISMISSAL** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 7. Plaintiff states that the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing 7 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 7, is accepted, Defendant's Motion to Dismiss, Filing 5, is denied as moot, and this case is dismissed in its entirety.

The Clerk of Court shall administratively close the case.

Dated this 23rd day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1